UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>*Carlos Alberto Otero,*<br><br>Debtor. | *Case No. 13-01589*<br><br>*Chapter 13* |

NOTICE OF APPEARANCE

*To the Honorable Court:*

Comes now attorney Carmen L. Soto-Tellado, and in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 10001(5), appears herein as attorney for creditor *Oskar Giovani Vélez d/b/a Vikar Visual* and respectfully requests, as creditor and / or party in interest in the above captioned case, to be included in its Master Address List and the all notices and documents filed in this case be mailed to the attention of the undersigned.

*Respectfully submitted,*

In San Juan, Puerto Rico, this 3rd day of May 2013.

*Certificate of Service*

I hereby certify that today, I electronically filed with the foregoing with the Clerk of the Bankruptcy Court using CM/ECF which will send notification of such filing to the following: Joselyn M. Ramirez, Esq., attorney for debtor; to Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; and I hereby certify that I have mailed by the US Postal Service the document to the following non CM/ECF participant: Carlos A. Otero, debtor, Urb. Rio Cristal, RG-1, Plaza 9, Trujillo Alto, PR 00976,

*/s/ Carmen L. Soto-Tellado*
U.S.D.C. 226012

*Soto Tellado Law Centre*

Tel. 787.721.7929; Fax. 787.722.4651
E-mail: Law@Microjuris.com
PMB 424 . PO Box 29029
San Juan . P.R.
00929.