# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF | Bankruptcy No.: 13-01589 (BKT) |
| CARLOS ALBERTO OTERO BRUNET | Chapter: 13 |
| Debtor | |

## NOTICE OF APPEARANCE

COME NOW LSREF2 Island Holdings, Ltd., a Bermuda exempted limited company, creditor and party-in-interest herein, by its counsel, appearing pursuant to Bankr. R. 9010(b), and requests that copies of all future notices, pleadings, and all other filings in this case be served upon the undersigned and that the undersigned be added to the Master List maintained by the Clerk.

In San Juan, Puerto Rico, this June 13th, 2013

**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Ave.
San Juan, Puerto Rico 00917
Telephone: (787) 766-7000
Fax: (787) 766-7001

*/s/ Javier Vilariño Santiago*
JAVIER VILARIÑO SANTIAGO
USDC No. 223503
jvilarino@ferraiuoli.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS SAME DATE, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM WHICH WILL SEND NOTIFICATION OF SUCH FILING TO CM/ECF PARTICIPANTS.

*/s/ Javier Vilariño Santiago*